## REDEVELOPMENT COMM. v. HOLMAN

No. 36 PC.

Case below: 30 N.C. App. 395.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.

## STANBACK v. STANBACK

No. 43 PC.

Case below: 30 N.C. App. 322.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976. Justice Exum took no part in the consideration or decision of this petition.

## STATE v. BRYANT

No. 23 PC.

Case below: 30 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

## STATE v. CHAVIS

No. 240 PC.

Case below: 30 N.C. App. 75.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

## STATE v. DALLAS

No. 17 PC.

Case below: 30 N.C. App. 258.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.